| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| 2 | United States Attorney |
| | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
| | MARY TSAI, CSBN 216963 |
| 7 | Special Assistant United States Attorney |
| 8 |      Social Security Administration |
| |      6401 Security Boulevard |
| 9 |      Baltimore, MD 21235 |
| 10 |      Telephone:  (510) 970-4864 |
| 11 |      Facsimile:  (415) 744-0134 |
| |      Email:  mary.tsai@ssa.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA ANN HUFF, | ) | Case No. 2:23-cv-02615-RAO |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **JUDGMENT OF REMAND** |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

-1-

1  **DECREED** that the above-captioned action is remanded to the Commissioner of
2  Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 30, 2023

*Rozella A. Oliver*

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE